COPSTEIN, Respondent, v. UNION RY. CO. OF NEW YORK, Appellant. (Supreme Court. Appellate Division, First Department. January 19, 1906.) Action by Alexander M. Cop-

stein, as administrator, against the Union Railway Company of New York. B. H. Ames, for appellant. M. Hillquist, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event. unless plaintiff stipulates to reduce judgment as entered, including interest, costs, etc., to $1,874.31; in which event judgment as so modified and order affirmed, without costs.